**Electronically Filed
Supreme Court
SCWC-29630
12-DEC-2011
09:59 AM**

NO. SCWC-29630


IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALOHACARE, Petitioner/Plaintiff-Appellant,


vs.


DEPARTMENT OF HUMAN SERVICES, STATE OF HAWAIʻI, DOES 1-10,
Respondents/Defendants-Appellees
and
DOES 1-10, Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29630; CIV NO. 08-1-1531)


ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama,
Acoba, Duffy, and McKenna, JJ.)


The Application for Writ of Certiorari filed on October 27, 2011 by Petitioner/Plaintiff-Appellant, AlohaCare is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant

to Rule 34 (c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, December 12, 2011.

Edward C. Kemper
for petitioner/
plaintiff-appellant,
on the application.

Heidi M. Rian and
Lee-Ann N.M. Brewer,
respondent/
defendant-appellee
on the response.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

